KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00732 CRB |
|     Plaintiff, ) | |
| v. ) | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| JAMES FAALOGOIFO, ) | |
|     Defendant. ) | |

TO:    The Honorable Joseph C. Spero, United States Magistrate Judge of the United States District Court for the Northern District of California:

The petition of Nahla Rajan, Special Assistant United States Attorney for the Northern District of California, respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner JAMES FAALOGOIFO, whose place of custody and jailor are set forth in the requested Writ, attached hereto, and your petitioner avers that the prisoner is required to appear in the above-entitled matter in this Court, and therefore petitioner prays that this Court issue the Writ as

WRIT AD PROSEQUENDUM
CR 05-00732 CRB

1

presented.

DATED: _____               Respectfully Submitted,

                                          KEVIN V. RYAN
                                          United States Attorney


                                          _____/S/_____
                                          NAHLA RAJAN
                                          Special Assistant United States Attorney


**IT IS SO ORDERED.**


DATED: January 4, 2006
                                          _____
                                          HONORABLE JOSEPH C. SPERO
                                          United States Magistrate Judge

WRIT AD PROSEQUENDUM                      2
CR 05-00732 CRB

| | |
|---|---|
| 1 | **THE PRESIDENT OF THE UNITED STATES OF AMERICA** |
| 2 | TO:   FEDERICO L. ROCHA, United States Marshal, Northern District of California, any of his |
| 3 | authorized deputies, and any Jailor, Warden, or Sheriff of the San Quentin State Prison, San |
| 4 | Quentin, California. |

### THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   FEDERICO L. ROCHA, United States Marshal, Northern District of California, any of his authorized deputies, and any Jailor, Warden, or Sheriff of the San Quentin State Prison, San Quentin, California.

### GREETINGS

WE COMMAND that on January 27, 2006, at 9:30 a.m, you have and produce the body of JAMES FAALOGOIFO in your custody in the above-mentioned institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Honorable Joseph C. Spero, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, so JAMES FAALOGOIFO may then and there appear for prosecution upon the charges filed against him in the above-captioned case, and that immediately after said hearing to return him forthwith to the above-mentioned institution, or to abide by such order of the above-entitled Court concerning the custody of JAMES FAALOGOIFO, and further to produce JAMES FAALOGOIFO at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED THAT should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal or his authorized deputies under this Writ.

WITNESS the Honorable Joseph C. Spero, United States Magistrate Judge of the United States District Court for the Northern District of California.

Dated:  January 4, 2006

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Karen L. Hom*

WRIT AD PROSEQUENDUM
CR 05-00732 CRB

3

1
2  _____
   DEPUTY CLERK
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28